

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 18 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DONIELLE TREES STREET**                                    **PLAINTIFF**

**v.**                                        **Cause No. 1:15cv228-LG-RHW**

**ADAM R. STREET**                                           **DEFENDANT**

## FINAL JUDGMENT

This action was tried by a jury with Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict. It is ordered that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant recover his costs from the plaintiff. It is further ordered that the Clerk of Court shall pay the sum of $393,652.48 interpled into the registry of the Court, plus any accrued interest, to the defendant, Adam R. Street.

**SO ORDERED AND ADJUDGED** this the 18th day of November, 2016.

Louis Guirola, Jr.
Chief U.S. District Judge